## Lester R. Graham, Appellant, v. Anna M. Ready, Appellee.

Gen. No. 43,888.

opinion filed February 3, 1947; released for publication February 17, 1947. William H. Fields and Eugene K. Lutes, for appellant; Eugene K. Lutes, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; Joseph B. Fleming, Manly K. Hunt and Charles M. Rush, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.